**Richard Scott MAHONEY, Respondent,**

v.

**Vickie Chavee MAHONEY, Appellant.**

**No. WD 66017.**

Missouri Court of Appeals,
Western District.

June 27, 2006.

Robert C. Paden, Jr., Independence, MO, for Appellant.

James H. Young, Lee's Summit, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE, and PAUL M. SPINDEN, JJ.

### ORDER

PER CURIAM.

Ms. Vickie Mahoney appeals an amended judgment and modification order which was entered by the Jackson County Circuit Court on remand from this court. *Mahoney v. Mahoney*, 162 S.W.3d 512 (Mo.App. W.D.2005) (*Mahoney I*). At issue is whether the circuit court erred in refusing her request for a hearing to intro-

duce additional evidence before the court made its best interests findings and awarded child custody. We affirm. Rule 84.16(b).